Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Elizabeth McCain*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Elizabeth McCain,<br><br>    Plaintiff,<br>v.<br><br>Green Tree Servicing, LLC and Equifax Information Services, LLC,<br><br>    Defendants. | Case No.: 2:14-cv-02049-RFB-CWH<br><br>**Stipulation Of Dismissal Of Defendant Green Tree Servicing, LLC** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth McCain ("Plaintiff") and Defendant Ditech Financial LLC fka Green Tree Servicing LLC ("Green Tree") stipulate to dismiss with prejudice Plaintiff's claims against Green Tree.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 9th day of May 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Wolfe & Wyman LLP**

By: /s/
Andrew A. Bao, Esq.
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
*Attorneys for Ditech Financial LLC fka Green Tree Servicing LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: May 12, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 9, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT Green Tree Servicing, LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117